476 A.2d 81

In re the Extradition of Grazier.
Petition for Allowance of Appeal
Denied Aug. 28, 1984.

Submitted March 23, 1984. Richard S. Levine, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, participating party.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.

476 A.2d 81

Kennedy House, Inc. v. Wolfson, Appellants.

Argued October 5, 1983. Gary D. Fry, for appellants; Barry E. Bressler, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.